Teresa M. Shill, OSB # 031680
E-Mail: tshill@rcolegal.com
Routh Crabtree Olsen, P.C.
11830 SW Kerr Parkway, Ste. 385
Lake Oswego, Oregon 97035
Phone: (503) 517-7926
Fax: (503) 977-7963
Attorney For Defendant
Northwest Trustee Services, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| MORSE E. STEWART<br><br>        Plaintiff,<br><br>    v.<br><br>WASHINGTON MUTUAL, F.A.; FIRST PACIFIC MORTGAGE COMPANY, INC; U.S. BANK N.A. AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON, MORTGAGE PASS-THROUGH CERTIFICATE SERIES 2003-23; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; NORTHWEST TRUSTEE SERVICES, INC.; JOHN DOE(S); and JANE DOE(S),<br><br>        Defendants. | Case No. 3:09-cv-01180-HU<br><br>CORPORATE DISCLOSURE STATEMENT OF DEFENDANT NORTHWEST TRUSTEE SERVICES, INC. |

    Pursuant to FRCP 7.1, defendants Northwest Trustee Services, Inc. (hereinafter "Defendant") by and through their attorneys of record, Routh Crabtree Olsen, P.C. and Teresa M. Shill, provide the following information:

    1.    PARENT CORPORATION OF DEFENDANT:  None.

2.   PUBLICLY HELD COMPANIES OWNING 10% OR MORE OF STOCK OF DEFENDANT: None.

DATED this 19th Day of October 2009.

**ROUTH CRABTREE OLSEN, P.C.**

By /s/ Teresa M. Shill
Teresa M. Shill, OSB # 031680
Attorney for Northwest Trustee Services, Inc.
11830 SW Kerr Parkway, Ste. 385
Lake Oswego, Oregon  97035
(503) 517-7180; Fax (503) 977-7963
tshill@rcolegal.com