FILED
FEB - 4 2010

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **MORSE E. STEWART,** | Civil No. 09-1180-HU |
| Plaintiff, | |
| | O R D E R |
| v. | |
| **WASHINGTON MUTUAL, FA; FIRST PACIFIC MORTGAGE CO., INC.,; U. S. BANK NATIONAL ASSOCIATION; CREDIT SUISSE FIRST BOSTON, MORTGAGE SECURITIES CORP - CSFB, MORTGAGE PASS THROUGH CERTIFICATE SERIES 2003-23; MORTGAGE ELECTRONIC REGISTRATION SYSTEM; NORTHWEST TRUSTEE SERVICES, INC.; JOHN DOE(S); JANE DOE(S),** | |
| Defendants. | |

Morse Edward Stewart
57985 Timber Road
Vernonia, Oregon 97064

Pro Se Plaintiff

Page 1 - ORDER

Jason M. Pistacchio
Kimberly R. Griffith
Cosgrave Vergeer Kester LLP
805 SW Broadway, 8th Floor
Portland, Oregon 97205

      Attorneys for Defendant First Pacific Mortgage Company, Inc.

Teresa M. Shill
Routh Crabtree Olsen, P.C.
11830 SW Kerr Parkway, Suite 385
Lake Oswego, Oregon 97035

      Attorney for All Other Non-Doe Defendants


KING, Judge:

      The Honorable Dennis J. Hubel, United States Magistrate Judge, filed Findings and Recommendation on January 6, 2010. Plaintiff filed timely objections to the Findings and Recommendation.

      When either party objects to any portion of a magistrate's Findings and Recommendation concerning a dispositive motion or prisoner petition, the district court must make a <u>de novo</u> determination of that portion of the magistrate's report. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982). This court has, therefore, given <u>de novo</u> review of the rulings of Magistrate Judge Hubel.

      This court ADOPTS the Findings and Recommendation of Magistrate Judge Hubel dated January 6, 2010 in its entirety.

IT IS HEREBY ORDERED that Defendant's Motions to Dismiss (#3, #7, #23) are GRANTED. Plaintiff may file an amended complaint by March 8, 2010 or the case will be dismissed.

DATED this 3rd day of February, 2010.

                                            /s/ Garr M. King
                                            GARR M. KING
                                            United States District Judge