FILED
APR 20 2010

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**MORSE E. STEWART,**

       Plaintiff,

   v.

**WASHINGTON MUTUAL, PA,**
et al.,

       Defendants.

Civil Case No. 09-1180-PK

O R D E R

---

    Morse E. Stewart
    24995 Southwest Ozark Lane
    Hillsboro, Oregon 97124

        Pro Se Plaintiff

    Teresa M. Shill
    Routh Crabtree Olsen, PC
    11830 SW Kerr Parkway, Suite 385
    Lake Oswego, Oregon 97035

Page 1 - ORDER

Kimberly R. Griffith
Cosgrave Vergeer Kester LLP
805 SW Broadway, 8th Floor
Portland, Oregon 97205

      Attorneys for Defendants

KING, Judge:

The Honorable Paul Papak, United States Magistrate Judge, filed Findings and Recommendation on March 30, 2010. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Papak's Findings and Recommendation (#35) dated March 30, 2010 in its entirety.

IT IS HEREBY ORDERED that this action is dismissed with prejudice.

DATED this ___ day of April, 2010.

                    /s/ Garr M. King
                    GARR M. KING
                    United States District Judge